IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD BLOCK**                                                                    **PLAINTIFF**
**ADC # 130743**

VS.                                           3:24-CV-00183-BRW-JTK

**HAYDEN B. GRADY**                                                                **DEFENDANT**

## ORDER

Plaintiff Richard Block has not responded to the Court's October 8, 2024 Order directing him to either pay the $405 statutory filing fee or submit a complete motion to proceed *in forma pauperis* within thirty days[1] and the time for doing so has passed.

Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond, Plaintiff's Complaint is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 25th day of November, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 3. The Court warned Plaintiff in the October 8, 2024 Order that if he failed to do one or the other, this case would be dismissed.