IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD BLOCK**                                                                                    **PLAINTIFF**
**ADC # 130743**

**VS.**                              **3:24-CV-00183-BRW-JTK**

**HAYDEN B. GRADY**                                                                              **DEFENDANT**

# JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 25th day of November, 2024.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE